UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RLI INSURANCE CO.                     CIVIL ACTION

VERSUS                                NO: 06-2573

SHELL OFFSHORE, INC., ET AL.          SECTION: "J" (4)

**ORDER AND REASONS**

Before the Court is June Energy's Motion to Strike the Pleadings of Royal T Oil Company, Inc. (Rec. Doc. 36). No opposition to the motion has been filed into the record.

On December 7, 2007, this Court granted a Motion to Withdraw as Counsel on behalf of Royal T filed by Justine Homes and Jerry Beatman. (Rec. Doc. 30). This Court noted that corporations cannot appear pro se and must be represented by licensed counsel. *See. Sw. Express Co. v. Interstate Commerce Comm'n*, 670 F.2d 53, 55 (5th Cir. 1982). Royal T was explicitly warned that new counsel must be enrolled on its behalf within 30 days of the receipt of the order withdrawing counsel or their pleadings may be stricken and proceedings to obtain a default judgment against them may be initiated. The record indicates that Royal T was served with this order on Dec. 7, 2007. Royal T has not enrolled new counsel.

FED. R. CIV. P. 16(f) provides that a District Court may

issue any just orders, including those authorized by Rule 37 if a party fails to obey a pretrial order. FED. R. CIV. P. 37(b)(2)(A)(iii) provides that a court is permitted to strike the pleadings of a party in whole or in part for failure to comply with court orders.  *See Hoxworth v. Blinder, Robinson & Co.*, 980 F.2d 912, 918 (3d Cir. 1992)(holding that a district court may strike the pleadings of a defendant for failure to comply with court's "unambiguous order[] to obtain substitute counsel"); *Dunn v. Jefferson Nat'l Life Ins. Co.*, No. 07-153, 2007 WL 4139717 (M.D. La. Nov. 16, 2007)("In accordance with Rule 16 and Rule 37(b)(2) of the Federal Rules of Civil Procedure, a civil action may be dismissed by the Court for failure to comply with the orders of the Court.").  Accordingly,

**IT IS ORDERED** that June Energy's Motion to Strike the Pleadings of Royal T Oil Company, Inc. (Rec. Doc. 36) is **GRANTED**. Defendant Royal T's Answer (Rec. Doc. 26) is **STRICKEN**;

**IT IS FURTHER ORDERED** that the Pre-Trial Conference currently set for **February 21, 2008 at 9:30 a.m.** is **CANCELLED**. The conference will be reset if the parties request it.

New Orleans, Louisiana this the 20th day of February, 2008.

```
         _____
         CARL J. BARBIER
         UNITED STATES DISTRICT JUDGE
```